IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 NOV 21  PM 2: 47

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| ANTHONY LAMAR MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 105-035 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Government's motions to dismiss (doc. nos. 3, 5) are **GRANTED**, the case is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 21st day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE